IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-482-D

| | |
|---|---|
| LOLA SOLOMON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and

Defendant's Motion for Remand to the Commissioner. Plaintiff does not oppose Defendant's

Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's

decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands this case to the

Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993);

Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED this **18** day of **July** 2011.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE