AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| LOLA SOLOMON, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )   **JUDGMENT IN A CIVIL CASE**<br>MICHAEL J. ASTRUE, )   **CASE NO. 5:10-CV-397-D**<br>*Commissioner of the Social* )<br>*Security Administration,* )<br>    Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 18, 2011,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)


July 11, 2011                                              DENNIS P. IAVARONE, Clerk
Date                                                              Eastern District of North Carolina

                                                                                        /s/Debby Sawyer
                                                                                        (By) Deputy Clerk

Raleigh, North Carolina